LIPSKY LOWE LLP
AN EMPLOYMENT LAW FIRM

Sara J. Isaacson

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main: 212.392.4772
Direct: 212.738.9358
sara@lipskylowe.com

www.lipskylowe.com

October 16, 2026

VIA ECF
The Honorable Paul A. Engelmayer, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Elsayed Elmonshed v. Hill International, Inc.,*
Case No. 1:26-cv-01492

Dear Judge Engelmayer:

This firm represents Plaintiff. We write jointly with Defendant's counsel, and in accordance Rule 1(E) of Your Honor's Individual Rules and Practices in Civil Cases, to respectfully request a 30-day extension of the deadlines to complete depositions and fact discovery. Those deadlines are currently November 6, 2026 and November 20, 2026, respectively. This is the parties' first request for an extension of these deadlines.

The reason for the request is that the parties have been working together diligently on fact discovery. They need additional time, however, to complete document discovery and to try to resolve any deficiencies between themselves before depositions begin. The parties, accordingly, respectfully request that the deadline to complete depositions be extended to December 7, 2026 and the fact discovery deadline be extended to December 21, 2026. A revised Civil Case Management Plan and Scheduling Order is enclosed.

We thank the Court for its time and attention to this matter.

Respectfully submitted,
LIPSKY LOWE LLP

s/ Sara J. Isaacson
Sara J. Isaacson

GRANTED. The case management conference previously scheduled for January 12, 2027 is rescheduled to **January 28, 2027, at 3:00 p.m.**

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Date: October 19, 2026
New York, New York